# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Case No.: 23-11798-C

_____

UNITED STATES OF AMERICA,

Appellee,

v.

ISAC SCHWARZBAUM,

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

| | |
|---|---|
| Chad M. Vanderhoef | William M. Sharp, Sr. |
| Holland & Knight LLP | Holland & Knight LLP |
| 100 N. Tampa Street, Suite 4100 | 1180 W. Peachtree Street NW, |
| Tampa, FL 33602 | Suite 1800 |
| (813) 227-8500 | Atlanta, GA 30309 |
| | (404) 817-8409 |

*United States of America v. Schwarzbaum*
Case No: 23-11798-C

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Blank, Stacy D. – appellate counsel for Isac Schwarzbaum

Bloom, Hon. Beth – United States District Court Judge

Carpenter, Clint A. – appellate counsel for United States of America

Casal, Jose A. – trial counsel for Isac Schwarzbaum

Darling de Cortes, Andrea – trial counsel for Isac Schwarzbaum

Dawson, James P. – appellate counsel for Isac Schwarzbaum

Elliott, Nicole M. – trial counsel for Isac Schwarzbaum

Holland & Knight LLP – trial and appellate counsel for Isac Schwarzbaum

Nasta, John P. – trial counsel for United States of America

Nunez, Jeffrey N. – trial counsel for United States of America

Schwarzbaum, Isac – defendant/appellant

Sharp, William M., Sr. – appellate counsel for Isac Schwarzbaum

Small, Daniel I. – trial counsel for Isac Schwarzbaum

Smith, Mary Elizabeth – trial counsel for United States of America

United States of America – plaintiff/appellee

Vanderhoef, Chad M. – appellate counsel for Isac Schwarzbaum

Wilcove, Michael N. – trial counsel for United States of America

*United States of America v. Schwarzbaum*
Case No: 23-11798-C

Zuckerman, Richard E., Principal Deputy Assistant Attorney General, Tax Division, U.S. Department of Justice – counsel for United States of America

Pursuant to Federal Rule of Appellate Procedure 42(b) and 11th Cir. R. 42-1(a), Appellant, Isac Schwarzbaum, moves the Court for an order dismissing this appeal. The appeal challenges a repatriation order issued by the district court to enforce its final judgment in Case No. 9:18-cv-81147. Schwarzbaum asks this Court to dismiss the above-styled appeal. Each party shall bear its own costs and fees. Counsel for Schwarzbaum confirmed that counsel for the United States does not oppose this motion.

Dated: November 30, 2023

Respectfully submitted,

By: /s/ Chad M. Vanderhoef
CHAD M. VANDERHOEF
Florida Bar No. 109595
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone:  (813) 227-6388
Facsimile:  (813) 229-0134
Chad.Vanderhoef@hklaw.com

WILLIAM M. SHARP, SR.
Florida Bar No. 341452
HOLLAND & KNIGHT LLP
1180 W. Peachtree Street NW, Suite 1800
Atlanta, GA 30309
Telephone: (404) 817-8409
Facsimile: (404) 881-0470
William.Sharp@hklaw.com

Counsel for Appellant

1

## CERTIFICATE OF RULE 27(d)(2)(A) COMPLIANCE

Counsel for appellant Isac Schwarzbaum certifies that this motion complies with Rule 27(d)(2)(A) and includes 78 words as calculated by the word processing program.

*/s/ Chad M. Vanderhoef*
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                     */s/ Chad M. Vanderhoef*
                                     Attorney